UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00230-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER MICHAEL BASS,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, July 14, 2009,** and responses to these motions shall be filed by **Friday, July 24, 2009.**  It is

FURTHER ORDERED that a 5-day jury trial is set to commence **Monday, August 3, 2009, at 9:00 a.m. in courtroom A-1002.**  It is

FURTHER ORDERED that the parties shall contact the Court to set a hearing on pending motions and/or a final trial preparation conference if necessary.

Dated this 2nd day of June, 2009.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge