UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00230-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. CHRISTOPHER MICHAEL BASS,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 A hearing on pending motions is set for **Wednesday October 28, 2009 and Thursday, October 29, 2009**. The hearing shall start at 9:30 a.m. on both days. A full day hearing is set on October 28 and a half-day hearing is set the morning of October 29, 2009.

 Also, the Government is given up to and including **Friday, October 9, 2009**, in which to file its responses to Defendant's motions.

 Dated:  September 23, 2009