UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00230-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER MICHAEL BASS,

    Defendant.

## ORDER

    THIS MATTER is before the Court on Defendant's Motion for Return of Property filed pursuant to Fed. R. Crim. P. 41(g).  Defendant requests therein that the $1,500.00 which was seized from Defendant by law enforcement on February 25, 2009, be returned to him.  He argues that the motion is appropriate as a review of discovery and litigation of Defendant's Motion to Suppress have determined that the $1,500.00 seized by law enforcement officers was given to Defendant by Mr. Engleby to purchase the vehicle and not for any illegal purpose.  The Government does not oppose the motion.

    I find that Defendant's motion should be granted pursuant to Fed. R. Crim. P. 41(g) as the Government concedes that the money in Defendant's possession which was seized by law enforcement was given to Defendant for a lawful purpose, *i.e.*, to conclude a vehicle transaction.  Accordingly, it is

    ORDERED that Defendant's Motion to Return Property [Doc. # 57) is **GRANTED**. In accordance therewith, it is

ORDERED that the $1,500.00 which was seized by law enforcement on February 25, 2009, shall be returned to Defendant by the Government.

Dated:  January 29, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge