UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00230-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER MICHAEL BASS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Status Conference set for **Thursday, April 15, 2010, at 4:30 p.m.**

    Dated: April 9, 2010