UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00230-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER MICHAEL BASS,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER came before the Court on a hearing on Friday, April 30, 2010. For the reasons stated on the record at the hearing, the Motion to Withdraw as Counsel of Record filed by defense counsel Ronald Gainor on April 19, 2010, is denied.

    Also, pursuant to D.C.COLO.LCrR 50.1 and with approval of the Chief Judge, this matter is hereby transferred to Judge David M. Ebel of the United States Court of Appeals for the Tenth Circuit. He has agreed to start trial on Monday, May 17, 2010, subject to a ruling by him on Defendant's Unopposed Motion for Ends of Justice Continuance filed April 30, 2010.

    Based upon the foregoing, it is

    ORDERED that the Motion to Withdraw as Counsel of Record (docket # 74) is **DENIED**. It is

    FURTHER ORDERED that this matter is transferred to Judge David M. Ebel pursuant to D.C.COLO.LCrR 50.1 and with the approval of the Chief Judge.

Dated: May 3, 2010

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge