IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00230-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER MICHAEL BASS,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The jury trial in this matter is scheduled to begin on Monday, June 28, 2010, at 1:00 p.m. in the Byron Rogers Building, Courtroom C202.

    DATED: June 22, 2010