IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00230-DME

UNITED STATES OF AMERICA,

  Plaintiff,

v.

CHRISTOPHER MICHAEL BASS,

  Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

  After reviewing the materials referenced in the United States' Motion to Disclose Grand Jury Material to Defendant, the Court hereby GRANTS that motion. Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the United States is ORDERED to provide the material to the defendant, under the conditions set out in the United States' Motion. Disclosure of the materials is limited to the defendant and advisory counsel, the materials are to be maintained in advisory counsel's custody, and the materials are not to be reproduced or disseminated without further order by this Court.

  DATED: June 24, 2010