**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  09-cr-00230-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTOPHER MICHAEL BASS,

      Defendant.

---

### MINUTE ORDER
---

ORDER ENTERED BY DAVID M. EBEL

      A two-hour Sentencing Hearing has been scheduled in this matter for Tuesday, September 28, 2010, at 10:00 a.m.

      DATED:  July 6, 2010