# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00230-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER MICHAEL BASS,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY DAVID M. EBEL

    The two-hour Sentencing Hearing scheduled for September 28, 2010, at 8:00 a.m. is <u>rescheduled</u> to begin at **10:00 a.m.**

    DATED: September 16, 2010