IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-CR-00230-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER MICHAEL BASS,

    Defendant.

___

## JUDGMENT OF ACQUITTAL

___

THIS MATTER having come on regularly for trial on June 28, 2010 before the Court, the Honorable David M. Ebel, Judge, presiding, and a jury duly impaneled and sworn to try the issues herein. The trial having proceeded to conclusion and the jury having subsequently rendered its verdict of finding the defendant Not Guilty as to Count Two of the Indictment, it is therefore

ORDERED that the defendant is hereby acquitted as to Count Two of the Indictment.

DATED at Denver, Colorado, this 30th day of September, 2010

                BY THE COURT:

                *s/ David M. Ebel*

                _____
                DAVID M. EBEL
                United States District Judge