IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 13-cv-00213-DME
Criminal Action No. 09-cr-00230-DME

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

CHRISTOPHER MICHAEL BASS,

    Defendant/Movant.

_____

# FINAL JUDGMENT
_____

    Pursuant to and in accordance with the Order entered by the Honorable David M. Ebel, U.S. Circuit Court Judge, on December 6, 2013, the following Final Judgment is hereby entered:

    It is ORDERED that Defendant Christopher Michael Bass's Motion to Vacate under 28 U.S.C. § 2255 (Doc. No. 198) filed on January 28, 2013, is DENIED. It is

    FURTHER ORDERED that the defendant Bass is entitled to no relief under § 2255. The corresponding civil action is dismissed with prejudice.

    Dated at Denver, Colorado this <u>  9th  </u> day of December, 2013.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By: <u>s/ Edward P. Butler</u>
                                        Edward P. Butler, Deputy Clerk